7/27/12 12:26PM

B1 (Official Form 1)(12/11)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>**Contractor Service & Supply, Inc.** | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-2583238** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2115 W Diehl Road**<br>**Naperville, IL**<br>ZIP Code **60563** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ■ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ■ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Contractor Service & Supply, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **Contractor Service & Supply, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Kent A. Gaertner**
Signature of Attorney for Debtor(s)

**Kent A. Gaertner**
Printed Name of Attorney for Debtor(s)

**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
Firm Name

**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**
Address

**630-510-0000 Fax: 630-510-0004**
Telephone Number

**July 27, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Scott Proce**
Signature of Authorized Individual

**Scott Proce**
Printed Name of Authorized Individual

**Vice President**
Title of Authorized Individual

**July 27, 2012**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

ADP
100 Northwest Point Blvd
Elk Grove Village, IL 60007


AFLAC
1932 Wynnton Road
Columbus, GA 31999-0001


Air Rite Heating and Cooling
17935 Chappel Avenue
Lansing, IL 60438


Alarm Detection Services
1111 Church Road
Aurora, IL 60505


American Express
PO Box 0001
Los Angeles, CA 90096-8000


Arlene D. Canaban
2611 Rockport Lane #101
Naperville, IL 60564


ASKO Appliances, Inc.
PO Box 940609
Plano, TX 75094-0609


AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463


Automatic Appliance Parts
7577 W Lawrence Ave
Harwood Heights, IL 60706


Beth Esposito
3932 Highland Ave
Downers Grove, IL 60515


BMO Harris Bank
111 W Monroe3 Street
PO Box 755
Chicago, IL 60690

```
Bob Juerjens
13408 Honeytree Ln
Pineville, NC 28134-9135


BP
PO Box 70887
Charlotte, NC 28272-0887


Brian & Lisa Steele
7610 Crosswinds Court
Lakeville, MN 55044


Brian Holzkamp
1377 Grayshire
Elgin, IL 60120


Broan-NuTone LLC
926 W State Street
Hartford, WI 53027


Bruce and Susan Meyer
75 N. Ela Road
Palatine, IL 60067


Carol Seydel
24463 Tufton Street
Plainfield, IL 60585


Catherine Petriskey
2551 Arcada Crl
Naperville, IL 60540


Cintas Corporation
PO Box 7759
Romeoville, IL 60446


Citi Business Advantage Card
PO Box 6013
Des Moines, IA 50363-0001


City of Naperville
Finance Department
400 S Eagle Street
Naperville, IL 60540
```

```
Classic Graphic Industries
519 W Wrightwood
Elmhurst, IL 60126


Comcast
155 Industrial Drive
Elmhurst, IL 60126-1618


Craig & Judy Morgenroth
2904 Turnberry Road
Saint Charles, IL 60174


CSS, LLP
2115 W. Diehl Rd
Naperville, IL 60563


Custom Appliance
300 W North Avenue
Lombard, IL 60148


Cynthia Schrader
4801 Bonita Bay Blvd. #2002
Bonita Springs, FL 34134


Dacor
14425 Clark Ave
Hacienda Heights, CA 91745


Dan & Brenda Cheng
1063 Atlantic Av.  #B
Hoffman Estates, IL 60169


Dan Coleman
29 Lemoyne Parkway
Oak Park, IL 60302


Dave & Kiya Beckett
457 Whittier
Glen Ellyn, IL 60137


Dave Landry
0S 118 Bealer Circle
Geneva, IL 60134
```

```
Dearborn National Insurance
36788 Eagle Way
Chicago, IL 60678


Debbie Zanol
302 Maves
Batavia, IL 60510


Deborah Davis
25431 Bower Ct.
Plainfield, IL 60585


Debtors Shareholders/Officers
See Sch. F


Diana Baum
1951 Edinburgh Lane
Aurora, IL 60504


Domingo Padilla
11 S. 544 Webster
Naperville, IL 60564


DuPage Industries
381 Beinoris Drive
Winfield, IL 60190-1222


Ed Corcoran
127 Eastern
Clarendon Hills, IL 60514


Elsbeth Sherrin
43 East Point Drive
Galena, IL 61036


Enterprise Lift Truck Service
PO Box 719
Plainfield, IL 60544


Exxon/Mobil
PO Box 688938
Des Moines, IA 50368-8938
```

```
Fair Oaks Insurance
128 Ridge Av.
Bloomingdale, IL 60108


FedEx
PO Box 94515
Palatine, IL 60094-4515


G.E. Appliances and Lighting
307 North Hurstbourne Pkwy
Louisville, KY 40222


Gary & Fiona Muehfelt
0N679 Woodlawn Street
Wheaton, IL 60187


Ge Commercial Distribution Finance
5595 Trillium Boulevard
Hoffman Estates, IL 60192


GECAF ABD/GEMB
PO Box 8726
Dayton, OH 45401


Gloria J. McDonald
902 Center Street
Geneva, IL 60134


Grange Mutual CasuaIty Insurance
P.O. Box 1218
Columbus, OH 43216


Greenwood Lawn Service
10064 Clow Creek Dr.
Plainfield, IL 60585


Groot Industries
2500 Landmier Road
Elk Grove Village, IL 60007


Helen & Raymond Kasper
42 Ridgewood Road
Glastonbury, CT 06033
```

Home Depot Credit Services
PO Box 183175
Columbus, OH 43218-3175


Humana Insurance
PO Box 533
Carol Stream, IL 60132-0533


Ice Mountain Direct
6661 Dixie Highway
Louisville, KY 40258


Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60602


ITASCA Bank and Trust
308 W Irving Park Road
Itasca, IL 60143


J.H. Fagan Company
PO Box 1650
Milwaukee, WI 53201


Jessica Jozwiak
813 Huntleigh Dr.
Naperville, IL 60540


Jody Taylor
1452 Greenlake Dr.
Aurora, IL 60502


John E. Campbell & Associates
1801 N. Mill Street
Suite H
Naperville, IL 60563


John M. Proce
1126 Curtis St.
Downers Grove, IL 60515


John M. Proce
1126 Curtiss St.
Downers Grove, IL 60515

```
John Proce
1126 Curtiss St.
Downers Grove, IL 60515


Jon Klank
1 S 361 Cantigny
Winfield, IL 60190


Judy & Glen Louthan
212 Bridle Path
Oak Brook, IL 60523


Kelly and Scott Billington
1033 Royal Bombay Court
Naperville, IL 60563


Konica Minolta Business solution
100 Williams Drive
Ramsey, NJ 07446


Konica Minolta Finance
PO Box 740423
Atlanta, GA 30374-0423


Lou Kocsis
55 W.  Deleware Pl.
Unit 620
Chicago, IL 60610


Lynx Grills Inc
5895 Rickenbacker Road
Los Angeles, CA 90040


Mark White
632 Newberry
La Grange Park, IL 60526


Martin Lovgren
278 Pickett Court
Bartlett, IL 60103


Mary Weisebnorn
231 Fox Run
Wheaton, IL 60189
```

```
Mernards
PO Box 49353
San Jose, CA 95161-9353


Michael B. Bach/ DeHaan & Bach
P.O.Box 929
25 Whitney Dr. #106
Milford, OH 45150


Miele Inc
9 Independence Way
Princeton, NJ 08540


Mike & Heather Espe
44W470 Rowe Road
Elburn, IL 60119


Miramed Revenue Group
Dept 77304
PO Box 77000
Detroit, MI 48277-0304


Moneris Solutions
PO Box 59390
Schaumburg, IL 60159-0390


Mr. & Mrs. Thowfeek
479 Foxborough Trail
Bolingbrook, IL 60440


Mr. & Mrs. Zeng
5318 Meadowbrook Dr.
Plainfield, IL 60585


Mr. and Mrs. Berg
0N372 Farwell Street
Wheaton, IL 60187


Nation Life Group
19 S. LaSalle Street
Suite 1300
Chesterfield, MO 63006
```

Nicholas & Christine Lauria
1 Point Circle
Jackson, NJ 08527-1638


Nicholas J. Proce
5625 Virginia Av.
Clarendon Hills, IL 60514


Nicholas Proce
5625 Virginia Av.
Clarendon Hills, IL 60514


Nicor Gas
PO ox 0632
Aurora, IL 60507-0632


NTB/tire kingdom
PO Box 406010
Atlanta, GA 30384-6010


O Rourke Sales Company
3885 Elmore Ave
Suite 100
Davenport, IA 52807


One II One Group
15774 S LaGrange Road #115
Orland Park, IL 60462


Pat Smith
421 Chickory Lane
Buffalo Grove, IL 60089


Patricia Spencer
839 Chancellor Court
Naperville, IL 60540


Paul & Debbie Batzel
911 River Oak Drive
Naperville, IL 60565


Paul Lukasiewicz
0 N. 471 Prescott dr.
Winfield, IL 60190

Paula Barr
815 Fremont Street
Morris, IL 60450


Penske Truck Leasing
PO Box 802577
Chicago, IL 60680-2577


Penske Truck Leasing Co. L.P.
Route 10, Green Hills
P.O. Box 563
Reading, PA 19603-0563


Phil Geritano
81 Lexington
South Elgin, IL 60177


Pitney Bowes Global financial servi
PO Box 371887
Pittsburgh, PA 15250-7887


Platinum Mechanical Services
9113 W Ashland Ave
Franklin Park, IL 60131-2801


Ralph Lopez
11059 Allenhurst Blvd. E.
Cincinnati, OH 45241


Ron & Leslie Johnson
2151 Countryside Circle
Naperville, IL 60565


Saas Lighting Experts
PO Box 454
Wood Dale, IL 60191


Sams Club GECRB
PO Box 530942
Atlanta, GA 30353-0942


Scott Proce
361 Essex Av.
Oswego, IL 60543

```
Scott Proce
361 Essex Av.
Oswego, IL 60543


Sears & Anderson
245 Eric Drive
Palatine, IL 60067


Shareholders of Debtor as Listed



Soltys Construction
4139 N. Oleander
Norridge, IL 60706


Somercor 504 In
601 S. LaSalle Street
Suite 510
Chicago, IL 60605


Sound Incorporated
1550 Shore Road
Naperville, IL 60563


Speedway LLC
PO Box 740587
Cincinnati, OH  45274-0587


Staples
PO Box 83689
Chicago, IL 60696-3689


STC Capital Bank
460 South 1st St.
Saint Charles, IL 60174


Steve & Monique Maas
4617 Grove Av. #15
Brookfield, IL 60513


Steve Cabral
243 N 4th Street
Aurora, IL 60505
```

```
Steven B. Blair
25431 Bower Ct.
Plainfield, IL 60585


Steven Downs
221 S Hunter
Joliet, IL 60436


Sub Zero Wolf Midwest LLC
196 Exchange Blvd
Glendale Heights, IL 60139-2089


Sue and Tom Burton
308 E. Bauer Road
Naperville, IL 60563


Susan & Robert Jelinek
1543 Kirkwood Drive
Geneva, IL 60134


Susan Sachitti
1330 Umbdenstock Road
Elgin, IL 60123


The Pension Specialist
10501 N 2nd Street
Machesney Park, IL 61115-1455


Thomas and Jill Dickens
1252 Willowgate Lane
Saint Charles, IL 60174


Tim Werner
1891 Snead Street
Bolingbrook, IL 60490


Tribune Media Group
14839 Collections Center Drive
Chicago, IL 60693-0148


U Line
2200 S Lakeside Drive
Waukegan, IL 60085
```

```
UPS
55 Glenlake Parkway, NE
Atlanta, GA 30328


VIM Recyclers
PO Box 755
Glen Ellyn, IL 60138


Whirlpool Corporation
2000 N M-63
Benton Harbor, MI 49022-2692


XO Communications
13865 Sunrise Valley Drive
Herndon, VA 20171
```

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re  **Contractor Service & Supply, Inc.**                                             Case No.
                                        Debtor(s)                                         Chapter     **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Contractor Service & Supply, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 27, 2012**                                                **/s/ Kent A. Gaertner**
Date                                                             **Kent A. Gaertner**
                                                                 Signature of Attorney or Litigant
                                                                 Counsel for  **Contractor Service & Supply, Inc.**
                                                                 **Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
                                                                 **400 S. County Farm Road**
                                                                 **Suite 330**
                                                                 **Wheaton, IL 60187**
                                                                 **630-510-0000 Fax:630-510-0004**