# UNITED STATES BANKRUPTCY COURT
NORTHERN  **DISTRICT OF**  ILLINOIS

In re: § 
  § 
CONTRACTOR SERVICE & SUPPLY, INC. § Case No. 12-29738 DRC
  § 
Debtor § 

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/27/2012 . The undersigned trustee was appointed on 07/27/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of          $       186,151.54

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 737.50 |
   | Bank service fees | 4,200.29 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]          $ | 181,213.75 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/18/2013 and the deadline for filing governmental claims was 01/18/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 12,557.58 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 12,557.58 , for a total compensation of $ 12,557.58 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 22.31 , for total expenses of $ 22.31 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/06/2016            By: /s/GINA B. KROL
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

| Case No: | 12-29738 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | CONTRACTOR SERVICE & SUPPLY, INC. | | | Date Filed (f) or Converted (c): | 07/27/12 (f) |
| | | | | 341(a) Meeting Date: | 10/16/12 |
| For Period Ending: | 09/06/16 | | | Claims Bar Date: | 01/18/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. STC Captial Bank-Checking Account #676 | 9,588.67 | 0.00 | | 0.00 | FA |
| 2. STC Capital Bank Checking Account #680 | 75,721.88 | 0.00 | | 0.00 | FA |
| 3. BMO/Harris Bank Checking Account #601 | 12,585.92 | 0.00 | | 0.00 | FA |
| 4. ACCOUNTS RECEIVABLE | 63,663.00 | 0.00 | | 0.00 | FA |
| 5. 2003 GMC Savanna Cargo Van | 1,000.00 | 2,250.00 | | 2,250.00 | FA |
| 6. 2003 GMC Denali | 3,500.00 | 4,000.00 | | 4,000.00 | FA |
| 7. 2006 Lexus ES-330 | 10,000.00 | 10,500.00 | | 10,500.00 | FA |
| 8. OFFICE EQUIPMENT | 2,000.00 | 0.00 | | 0.00 | FA |
| 9. MACHINERY AND SUPPLIES | 5,000.00 | 0.00 | | 0.00 | FA |
| 10. INVENTORY Sch B -30 Addendum | 484,418.00 | 0.00 | | 0.00 | FA |
| 11. REFUND (u) | 119.13 | 119.13 | | 119.13 | FA |
| 12. Insuance Refund (u) | 0.00 | 12,398.00 | | 12,398.00 | FA |
| 13. PREFERENCE (u) | 0.00 | 3,300.00 | | 3,300.00 | FA |
| 14. Preferences and Fraudulent Conveyances (u) | Unknown | 1.00 | | 153,584.41 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $667,596.60   $32,568.13   $186,151.54   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee send TFR to US Tee for review August 05, 2016, 08:58 am

All adversary proceedings have been resolved. Trustee to prepare TFR.
January 12, 2016, 10:39 am

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 12-29738    DRC    Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | CONTRACTOR SERVICE & SUPPLY, INC. | Date Filed (f) or Converted (c): | 07/27/12 (f) |
| | | 341(a) Meeting Date: | 10/16/12 |
| | | Claims Bar Date: | 01/18/13 |

Trustee has one preference adversary pending. Waiting for resolution
October 07, 2015, 04:06 pm

Litigation on preference and fraudulent conveyances continues
October 16, 2014, 11:17 am

Trustee is investigating preferences and fraudulent conveyance actions
October 17, 2013, 02:20 pm

Initial Projected Date of Final Report (TFR): 12/21/13    Current Projected Date of Final Report (TFR): 03/31/16

/s/    GINA B. KROL
_____ Date: 09/06/16
    GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 12-29738 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | CONTRACTOR SERVICE & SUPPLY, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0642 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3238 | | |
| For Period Ending: | 09/06/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/10/12 | 5, 7 | American Auction Associates, Inc. | | 1129-000 | 12,750.00 | | 12,750.00 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.76 | 12,744.24 |
| 01/28/13 | 030001 | American Auction Associates, Inc. | Auctioneer Expenses per Court Order | 3620-000 | | 570.44 | 12,173.80 |
| | | 8515 S. Thomas Ave. | | | | | |
| | | Bridgeview, IL 60455 | | | | | |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.94 | 12,154.86 |
| 02/13/13 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 10.50 | 12,144.36 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.32 | 12,128.04 |
| 03/21/13 | 6 | Grand Appliance and TV | Sale of Vehicle | 1129-000 | 4,000.00 | | 16,128.04 |
| | | 3300 16th Street | | | | | |
| | | Zion, IL 60099 | | | | | |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.14 | 16,107.90 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.17 | 16,084.73 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.91 | 16,060.82 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.11 | 16,037.71 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.84 | 16,013.87 |
| 09/03/13 | 11 | Federal Warranty Service Corp. | Refund | 1229-000 | 119.13 | | 16,133.00 |
| | | 260 Interstate North Circle SE | Account Receivable due Debtor | | | | |
| | | Atlanta, Georgia 30339 | | | | | |
| 09/03/13 | 12 | Grange Insurance Company | Refund | 1229-000 | 12,398.00 | | 28,531.00 |
| | | PO Box 1218 | | | | | |
| | | Columbus, OH  43216 | | | | | |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.81 | 28,507.19 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.81 | 28,467.38 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.32 | 28,425.06 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.90 | 28,384.16 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.20 | 28,341.96 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM2T4

Ver: 19.06a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 12-29738 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | CONTRACTOR SERVICE & SUPPLY, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0642 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3238 | | | |
| For Period Ending: | 09/06/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.14 | 28,299.82 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.00 | 28,261.82 |
| 04/01/14 | 030003 | International Sureties Ltd. | BOND | 2300-000 | | 24.91 | 28,236.91 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.02 | 28,194.89 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.58 | 28,154.31 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.86 | 28,112.45 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.45 | 28,072.00 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.74 | 28,030.26 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.67 | 27,988.59 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.27 | 27,948.32 |
| 10/09/14 | 13 | Penske Truck Leasing Co. | Settlement Proceeds | 1241-000 | 3,300.00 | | 31,248.32 |
| | | Route 10, Pheasant Rd. | | | | | |
| | | PO Box 1475 | | | | | |
| | | Reading, PA 19603 | | | | | |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.19 | 31,203.13 |
| 11/10/14 | 14 | O'Rourke Sales Company | Settlement | 1241-000 | 4,000.00 | | 35,203.13 |
| | | 3885 Elmore Ave. | | | | | |
| | | Suite 100 | | | | | |
| | | Davenport, IA 52807 | | | | | |
| 11/20/14 | 14 | Citibank NA | Settlement | 1241-000 | 5,000.00 | | 40,203.13 |
| | | PO Box 6500 | | | | | |
| | | Sioux Fals, SD 57117 | | | | | |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 51.56 | 40,151.57 |
| 01/08/15 | 14 | STC Capital Bank | Settlement | 1241-000 | 10,000.00 | | 50,151.57 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.69 | 50,091.88 |
| 01/12/15 | | PNC Bank | Settlement | 1280-000 | 13,000.00 | | 63,091.88 |
| | | 2730 Liberty Ave. | | | | | |
| | | Pittsburgh, PA 15222 | | | | | |

Case 12-29738   Doc 134   Filed 09/07/16   Entered 09/07/16 10:56:50   Desc Main
Document      Page 7 of 18

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 12-29738 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | CONTRACTOR SERVICE & SUPPLY, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0642 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3238 | | | |
| For Period Ending: | 09/06/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/27/15 | 030004 | The Estate of MCK Millenium Center Parking LLC | Deposited into incorrect account Check deposited into incorrect accunt | 1280-000 | | 13,000.00 | 50,091.88 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 80.46 | 50,011.42 |
| 02/10/15 | 030005 | Adams Levine Surety Bond Agency 60 E. 42nd Street Room 965 New York, NY  10165 | BOND BOND | 2300-000 | | 28.58 | 49,982.84 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.14 | 49,915.70 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 74.21 | 49,841.49 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 71.71 | 49,769.78 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 73.99 | 49,695.79 |
| 07/07/15 | 14 | DuPage County Treasurer 421 N. County Farm Rd. Wheaton, IL 60187 | Preference Settlement | 1241-000 | 90,959.41 | | 140,655.20 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 71.49 | 140,583.71 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 182.80 | 140,400.91 |
| 08/31/15 | 14 | B.E. Meyer 75 N. Ela Rd. Inverness Palatine, IL 60067 | Preference Settlement | 1241-000 | 500.00 | | 140,900.91 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 208.75 | 140,692.16 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 202.44 | 140,489.72 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 208.87 | 140,280.85 |
| 11/19/15 | 14 | General Electric Company GE Appliance | Settlement | 1241-000 | 43,125.00 | | 183,405.85 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 226.64 | 183,179.21 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 272.32 | 182,906.89 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 271.95 | 182,634.94 |
| 02/18/16 | 030006 | ADAMS-LEVINE 370 Lexington Avenue Suite 1101 New York, NY  10017 | Acct #10BSBGR6291 | 2300-000 | | 103.07 | 182,531.87 |

UST Form 101-7-TFR (5/1/2011) (Page: 7)

LFORM2T4

Ver: 19.06a

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

| Case No: | 12-29738 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | CONTRACTOR SERVICE & SUPPLY, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0642 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3238 | | | |
| For Period Ending: | 09/06/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 253.97 | 182,277.90 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 270.99 | 182,006.91 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 261.87 | 181,745.04 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 270.19 | 181,474.85 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 261.10 | 181,213.75 |

| Account *******0642 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 12 | Deposits | 199,151.54 | 6 | Checks | 13,737.50 |
| | 0 | Interest Postings | 0.00 | 43 | Adjustments Out | 4,200.29 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $ 199,151.54 | | | |
| | | | | | Total | $ 17,937.79 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 199,151.54 | | | |

/s/   GINA B. KROL

Trustee's Signature: _____ Date: 09/06/16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit B

| Case No: | 12-29738 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | CONTRACTOR SERVICE & SUPPLY, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0642 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3238 | | | |
| For Period Ending: | 09/06/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | GINA B. KROL | | | | | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 06, 2016 |
|---|---|---|---|---|---|---|

Case Number: 12-29738  
Debtor Name: CONTRACTOR SERVICE & SUPPLY, INC.  
Priority Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class / Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Administrative | $0.00 | $12,579.89 | $12,579.89 |
| 001<br>2700-00 | CLERK OF THE US BANKRUPTCY COURT<br>219 S Dearborn<br>Chicago, IL 60604 | Administrative | $0.00 | $4,143.00 | $4,143.00 |
| 001<br>3110-00 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | $0.00 | $43,585.73 | $43,585.73 |
| 000011<br>030<br>5300-00 | Catherine Petriskey<br>2551 Arcada Crl<br>Naperville, IL 60540 | Priority<br>Trustee objected to parts of Claim #11 related to contributions into employee benefit plan. Objection was sustained. Balance of claim was allowed as priority in the amount of $2,073.89. | $0.00 | $4,843.25 | $2,073.89 |
| 000005A<br>040<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Priority | $0.00 | $209,447.33 | $209,447.33 |
| 000009<br>040<br>5300-00 | Bruce and Susan Meyer<br>75 N. Ela Road<br>Palatine, IL 60067 | Priority<br>waived claim per settlement agreement entered 7/20/15 | $0.00 | $9,675.00 | $0.00 |
| 000012A<br>040<br>5400-00 | United States Department of Labor<br>230 South Dearborn Street, Suite 2160<br>Chicago, Illinois 60604 | Priority<br>Trustee objected to Claim #12 as Debtor's principals fully funded plan. Objection was sustained. | $0.00 | $12,219.67 | $0.00 |
| 000013<br>040<br>5400-00 | Diana Baum<br>1951 Edinburgh Lane<br>Aurora, IL 60504 | Priority<br>Trustee Objected to Claim #13 as claimant had been paid in full. | $0.00 | $601.02 | $0.00 |
| 000014<br>040<br>5400-00 | Steven B. Blair<br>25431 Bower Ct.<br>Plainfield, IL 60585 | Priority<br>Trustee objected to Claim #14 as claimant had been paid in full. Objection sustained. | $0.00 | $1,760.00 | $0.00 |
| 000015<br>040<br>5400-00 | Deborah Davis<br>25431 Bower Ct.<br>Plainfield, IL 60585 | Priority<br>Trustee Objected to Claim #15 as claimant had been paid in full. Objection was sustained. | $0.00 | $2,771.20 | $0.00 |
| 000018<br>040<br>5400-00 | John Reding<br>202 Redding Ct<br>Oswego IL 60543 | Priority<br>Trustee Obejcted to Claim #18 as claimant had been paid in full. Objection was sustained. | $0.00 | $5,670.68 | $0.00 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 06, 2016 |
|---|---|---|---|---|---|---|

| Case Number: | 12-29738 | Priority Sequence | | | | |
|---|---|---|---|---|---|---|
| Debtor Name: | CONTRACTOR SERVICE & SUPPLY, INC. | | Joint Debtor: | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000021A<br>040<br>5800-00 | Illinois Department of Employment Security<br>33 S. State Street<br>Bankruptcy Unit-10th Floor<br>Chicago, IL 60603 | Priority | | $0.00 | $92.41 | $92.41 |
| 000020<br>050<br>5800-00 | Department of Treasury-Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19114 | Priority | | $0.00 | $0.00 | $0.00 |
| 000001<br>070<br>7100-00 | GE Capital<br>Attn: Kimberly Levelle<br>1010 Thomas Edison Blvd SW<br>Cedar Rapids IA 52404 | Unsecured | | $0.00 | $15,958.38 | $15,958.38 |
| 000002<br>070<br>7100-00 | Penske Truck Leasing Co. L.P.<br>P.O. Box 563<br>Reading, PA 19603-0563 | Unsecured | | $0.00 | $2,587.49 | $2,587.49 |
| 000003<br>070<br>7100-00 | Pitney Bowes Global Financial Services<br>27 Waterview Drive<br>Shelton, CT 06484 | Unsecured | | $0.00 | $4,131.21 | $4,131.21 |
| 000004<br>070<br>7100-00 | Enterprise Lift Truck Service<br>PO Box 719<br>Plainfield, IL 60544 | Unsecured<br>Claim was filed as a priority DSO claim. Trustee to object<br>Trustee's Objection was sustained. Claim allowed as general unsecured. | | $0.00 | $233.37 | $233.37 |
| 000005<br>070<br>7100-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Unsecured | | $0.00 | $27,995.72 | $27,995.72 |
| 000006<br>070<br>7100-00 | Groot Industries<br>2500 Landmier Road<br>Elk Grove Village, IL 60007 | Unsecured | | $0.00 | $878.07 | $878.07 |
| 000007<br>070<br>7100-00 | Nicor Gas<br>Po box 549<br>Aurora Il 60507 | Unsecured | | $0.00 | $242.76 | $242.76 |
| 000008<br>070<br>7100-00 | U S Small Business Administration<br>c/o Mary Cvengros<br>500 W Madison St., #1150<br>Chicago, IL 60661 | Unsecured | | $0.00 | $558,899.48 | $558,899.48 |
| 000010<br>070<br>7100-00 | General Electric Company<br>GE Appliances Business Unit<br>Riccardo A. DiMonte<br>216 W. Higgins Road<br>Park Ridge, IL 60068 | Unsecured | | $0.00 | $268,509.57 | $268,509.57 |

| Page 3 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 06, 2016 |
|---|---|---|---|---|---|---|

Case Number:    12-29738         Priority Sequence
Debtor Name:    CONTRACTOR SERVICE & SUPPLY, INC.         Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000012<br>070<br>7100-00 | United States Department of Labor<br>230 South Dearborn Street, Suite 2160<br>Chicago, Illinois 60604 | Unsecured | | $0.00 | $19,639.37 | $19,639.37 |
| 000016<br>070<br>7100-00 | Whirlpool Corporation<br>c/o Stephen B. Grow<br>Warner Norcross & Judd LLP<br>111 Lyon St. NW Suite 900<br>Grand Rapids, MI 49503 | Unsecured | Trustee did not liquidate creditor's collateral. Trustee to file motion to value secured claim at zero and allow claim and wholly unsecured.<br><br>Creditor has agreed to treatment as a general unsecured claim | $0.00 | $127,990.76 | $127,990.76 |
| 000017<br>070<br>7100-00 | STC Capital Bank<br>Michael J Weicher Esq<br>Lillig & Thorsness, Ltd<br>1900 Spring Road Suite 200<br>Oak Brook, IL 60523 | Unsecured | Creditor has liquidated it's collateral. Balance is unsecured per email correspondence.<br><br>Trustee did not liquidate creditor's collateral. Trustee to file motion to value secured claim at zero and allow claim and wholly unsecured. | $0.00 | $1,687,946.73 | $502,906.10 |
| 000019<br>080<br>7200-00 | General Electric Company<br>GE Appliances Business Unit<br>Riccardo A. DiMonte<br>216 W. Higgins Road<br>Park Ridge, IL 60068 | Unsecured | Refiled as amendment #3 to claim #10 | $0.00 | $268,509.57 | $0.00 |
| 000021<br>080<br>7200-00 | Illinois Department of<br>Employment Security<br>33 S. State Street<br>Bankruptcy Unit-10th Floor<br>Chicago, IL 60603 | Unsecured | | $0.00 | $50.00 | $50.00 |
| BOND<br>999<br>2300-00 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Administrative | | $0.00 | $63.99 | $63.99 |
| BOND<br>999<br>2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY  10017 | Administrative | | $0.00 | $103.07 | $103.07 |
| | Case Totals: | | | $0.00 | $3,291,128.72 | $1,802,111.59 |

Code #:   Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-29738 DRC
Case Name: CONTRACTOR SERVICE & SUPPLY, INC.
Trustee Name: GINA B. KROL

Balance on hand $ 181,213.75

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 12,557.58 | $ 0.00 | $ 12,557.58 |
| Trustee Expenses: GINA B. KROL | $ 22.31 | $ 0.00 | $ 22.31 |
| Attorney for Trustee Fees: Cohen & Krol | $ 42,663.75 | $ 0.00 | $ 42,663.75 |
| Attorney for Trustee Expenses: Cohen & Krol | $ 921.98 | $ 0.00 | $ 921.98 |
| Charges: CLERK OF THE US BANKRUPTCY COURT | $ 4,143.00 | $ 0.00 | $ 4,143.00 |
| Other: International Sureties Ltd. | $ 63.99 | $ 63.99 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 103.07 | $ 103.07 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 60,308.62
Remaining Balance $ 120,905.13

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 211,613.63  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005A | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | $ 209,447.33 | $ 0.00 | $ 118,778.83 |
| 000009 | Bruce and Susan Meyer<br>75 N. Ela Road<br>Palatine, IL 60067 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000011 | Catherine Petriskey<br>2551 Arcada Crl<br>Naperville, IL 60540 | $ 2,073.89 | $ 0.00 | $ 2,073.89 |
| 000012A | United States Department of Labor<br>230 South Dearborn Street, Suite 2160<br>Chicago, Illinois 60604 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000013 | Diana Baum<br>1951 Edinburgh Lane<br>Aurora, IL 60504 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000014 | Steven B. Blair<br>25431 Bower Ct.<br>Plainfield, IL 60585 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000015 | Deborah Davis<br>25431 Bower Ct.<br>Plainfield, IL 60585 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000018 | John Reding<br>202 Redding Ct<br>Oswego IL 60543 | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000020 | Department of Treasury-Internal Revenue Service PO Box 7346 Philadelphia, PA 19114 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000021A | Illinois Department of Employment Security 33 S. State Street Bankruptcy Unit-10th Floor Chicago, IL 60603 | $ 92.41 | $ 0.00 | $ 52.41 |
| | Total to be paid to priority creditors | | | $ 120,905.13 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,529,972.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | GE Capital Attn: Kimberly Levelle 1010 Thomas Edison Blvd SW Cedar Rapids IA 52404 | $ 15,958.38 | $ 0.00 | $ 0.00 |
| 000002 | Penske Truck Leasing Co. L.P. P.O. Box 563 Reading, PA 19603-0563 | $ 2,587.49 | $ 0.00 | $ 0.00 |
| 000003 | Pitney Bowes Global Financial Services 27 Waterview Drive Shelton, CT 06484 | $ 4,131.21 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Enterprise Lift Truck Service<br>PO Box 719<br>Plainfield, IL 60544 | $ 233.37 | $ 0.00 | $ 0.00 |
| 000006 | Groot Industries<br>2500 Landmier Road<br>Elk Grove Village, IL 60007 | $ 878.07 | $ 0.00 | $ 0.00 |
| 000007 | Nicor Gas<br>Po box 549<br>Aurora Il 60507 | $ 242.76 | $ 0.00 | $ 0.00 |
| 000008 | U S Small Business Administration<br>c/o Mary Cvengros<br>500 W Madison St., #1150<br>Chicago, IL 60661 | $ 558,899.48 | $ 0.00 | $ 0.00 |
| 000010 | General Electric Company<br>GE Appliances Business Unit<br>Riccardo A. DiMonte<br>216 W. Higgins Road<br>Park Ridge, IL 60068 | $ 268,509.57 | $ 0.00 | $ 0.00 |
| 000016 | Whirlpool Corporation<br>c/o Stephen B. Grow<br>Warner Norcross & Judd LLP<br>111 Lyon St. NW Suite 900<br>Grand Rapids, MI 49503 | $ 127,990.76 | $ 0.00 | $ 0.00 |
| 000017 | STC Capital Bank<br>Michael J Weicher Esq<br>Lillig & Thorsness, Ltd<br>1900 Spring Road Suite 200<br>Oak Brook, IL 60523 | $ 502,906.10 | $ 0.00 | $ 0.00 |
| 000005 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | $ 27,995.72 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | United States Department of Labor<br>230 South Dearborn Street, Suite 2160<br>Chicago, Illinois 60604 | $ 19,639.37 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 50.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000019 | General Electric Company<br>GE Appliances Business Unit<br>Riccardo A. DiMonte<br>216 W. Higgins Road<br>Park Ridge, IL 60068 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000021 | Illinois Department of Employment Security<br>33 S. State Street<br>Bankruptcy Unit-10th Floor<br>Chicago, IL 60603 | $ 50.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE