UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § § | |
| CONTRACTOR SERVICE & SUPPLY, INC. | § § § § | Case No. 12-29738 DRC |
| Debtor | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
JEFFREY P. ALLSTEADT
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 09/30/2016 in Courtroom 240,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/07/2016          By: Gina B. Krol
                                      Trustee


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
CONTRACTOR SERVICE & SUPPLY, § Case No. 12-29738 DRC
INC. §
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 186,151.54 |
| and approved disbursements of | $ | 4,937.79 |
| leaving a balance on hand of[1] | $ | 181,213.75 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 12,557.58 | $ 0.00 | $ 12,557.58 |
| Trustee Expenses: GINA B. KROL | $ 22.31 | $ 0.00 | $ 22.31 |
| Attorney for Trustee Fees: Cohen & Krol | $ 42,663.75 | $ 0.00 | $ 42,663.75 |
| Attorney for Trustee Expenses: Cohen & Krol | $ 921.98 | $ 0.00 | $ 921.98 |
| Charges: CLERK OF THE US BANKRUPTCY COURT | $ 4,143.00 | $ 0.00 | $ 4,143.00 |
| Other: International Sureties Ltd. | $ 63.99 | $ 63.99 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 103.07 | $ 103.07 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 60,308.62 |
| Remaining Balance | | $ | 120,905.13 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 211,613.63  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005A | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | $ 209,447.33 | $ 0.00 | $ 118,778.83 |
| 000009 | Bruce and Susan Meyer<br>75 N. Ela Road<br>Palatine, IL 60067 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000011 | Catherine Petriskey<br>2551 Arcada Crl<br>Naperville, IL 60540 | $ 2,073.89 | $ 0.00 | $ 2,073.89 |
| 000012A | United States Department of Labor<br>230 South Dearborn Street, Suite 2160<br>Chicago, Illinois 60604 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000013 | Diana Baum<br>1951 Edinburgh Lane<br>Aurora, IL 60504 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000014 | Steven B. Blair<br>25431 Bower Ct.<br>Plainfield, IL 60585 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000015 | Deborah Davis<br>25431 Bower Ct.<br>Plainfield, IL 60585 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000018 | John Reding<br>202 Redding Ct<br>Oswego IL 60543 | $ 0.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000020 | Department of Treasury-Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19114 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000021A | Illinois Department of Employment Security<br>33 S. State Street<br>Bankruptcy Unit-10th Floor<br>Chicago, IL 60603 | $ 92.41 | $ 0.00 | $ 52.41 |

|  |  |
|---|---|
| Total to be paid to priority creditors | $ 120,905.13 |
| Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,529,972.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | GE Capital<br>Attn: Kimberly Levelle<br>1010 Thomas Edison Blvd SW<br>Cedar Rapids IA 52404 | $ 15,958.38 | $ 0.00 | $ 0.00 |
| 000002 | Penske Truck Leasing Co. L.P.<br>P.O. Box 563<br>Reading, PA 19603-0563 | $ 2,587.49 | $ 0.00 | $ 0.00 |
| 000003 | Pitney Bowes Global Financial Services<br>27 Waterview Drive<br>Shelton, CT 06484 | $ 4,131.21 | $ 0.00 | $ 0.00 |
| 000004 | Enterprise Lift Truck Service<br>PO Box 719<br>Plainfield, IL 60544 | $ 233.37 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | Groot Industries<br>2500 Landmier Road<br>Elk Grove Village, IL 60007 | $ 878.07 | $ 0.00 | $ 0.00 |
| 000007 | Nicor Gas<br>Po box 549<br>Aurora Il 60507 | $ 242.76 | $ 0.00 | $ 0.00 |
| 000008 | U S Small Business Administration<br>c/o Mary Cvengros<br>500 W Madison St., #1150<br>Chicago, IL 60661 | $ 558,899.48 | $ 0.00 | $ 0.00 |
| 000010 | General Electric Company<br>GE Appliances Business Unit<br>Riccardo A. DiMonte<br>216 W. Higgins Road<br>Park Ridge, IL 60068 | $ 268,509.57 | $ 0.00 | $ 0.00 |
| 000016 | Whirlpool Corporation<br>c/o Stephen B. Grow<br>Warner Norcross & Judd LLP<br>111 Lyon St. NW Suite 900<br>Grand Rapids, MI 49503 | $ 127,990.76 | $ 0.00 | $ 0.00 |
| 000017 | STC Capital Bank<br>Michael J Weicher Esq<br>Lillig & Thorsness, Ltd<br>1900 Spring Road Suite 200<br>Oak Brook, IL 60523 | $ 502,906.10 | $ 0.00 | $ 0.00 |
| 000005 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | $ 27,995.72 | $ 0.00 | $ 0.00 |
| 000012 | United States Department of Labor<br>230 South Dearborn Street, Suite 2160<br>Chicago, Illinois 60604 | $ 19,639.37 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors          $_____ 0.00

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 50.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000019 | General Electric Company<br>GE Appliances Business Unit<br>Riccardo A. DiMonte<br>216 W. Higgins Road<br>Park Ridge, IL 60068 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000021 | Illinois Department of Employment Security<br>33 S. State Street<br>Bankruptcy Unit-10th Floor<br>Chicago, IL 60603 | $ 50.00 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors $ 0.00

Remaining Balance $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

*GINA B. KROL*

*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.