IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **CONTRACTOR SERVICE & SUPPLY, INC.** | ) | No. 12 B 29738 |
| | ) | |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:    See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on September 7, 2016, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                                    BY:/s/ Gina B. Krol
                                                                            Ch 7 Bankruptcy Trustee

Service List:

GE Capital
Attn:   Kimberly LEvelle
1010 Thomas Edison Blvd, SW
Cedar Rapids, IA   52404

Penske Truck Leasing Co, LP
P.O. Box 563
Reading, PA 19603-0563

Pitney Bowes Global Financial Services
27 Waterview Drive
Shelton, CT   06484

Enterprise Lift Truck Service
P.O. Box 719
Plainfield, IL   60544

Illinois Dept of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL   60664

Groot Industires
2500 Landmier Road
Elk Grove Village, IL   60007

Nicor Gas
P.O. Box 549
Aurora, IL   60507

US Small Business Administration
c/o Mary Cvengros
500 W Madison Street, #1150
Chicago, IL   60661

Bruce & Susan Meyer
75 N Ela Road
Palatine, IL   60067

General Electric Company
GE Appliances Business Unit
Riccardo A. DiMonte
DiMonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL   60068

Catherine Petriskey
2551 Arcada Crl
Naperville, IL   60540

US Dept of Labor
230 S Dearborn Street, Ste 2160
Chicago, IL 60604

Diana Baum
1951 Edinburgh Lane
Aurora, IL   60504

Steven Blair
25431 Bower Court
Plainfield, IL   60585

Deborah Davis
25431 Bower Court
Plainfield, IL   60585

Whirlpool Corporation
c/o Stephen Grow
Warner Norcross & Judd, LLP
111 Lyon St, NW Suite 900
Grand Rapids, MI   49503

STC Capital Bank
Michael J Weicher Esq
Lilig & Thorsness, Ltd.
1900 Spring Road, Ste 200
Oak Brook, IL   60523

John Redding
202 Redding Court
Oswego, IL   60543

GE Company
GE Appliances Business Unit
Ricardo DiMonte
216 W Higgins Road
Park Ridge, IL   60068

Dept of Treasury-IRS
P.O. Box 7346
Philadelphia, PA   19114

Illinois Dept of Emp. Security
Attn:   Bankruptcy Unit, 10th Floor
33 South State Street
Chicago, IL   60603

Kent Gaertner
kgaertner@springerbrown.com

Office of the US Trustee
USTPRegion11.ES.ECF@usdoj.gov