# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CONTRACTOR SERVICE & SUPPLY, INC. | § | Case No. 12-29738 DRC |
| | § | |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 652,977.47
*(Without deducting any secured claims)*

Assets Exempt: 0.00

Total Distributions to Claimants:  120,905.13

Claims Discharged
Without Payment:  6,747,433.36

Total Expenses of Administration:  65,246.41

3) Total gross receipts of $ 186,151.54  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 186,151.54  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 545,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 65,246.41 | 65,246.41 | 65,246.41 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 348,172.61 | 247,080.56 | 211,613.63 | 120,905.13 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 5,227,284.68 | 2,983,572.48 | 1,530,022.28 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 6,120,457.29 | $ 3,295,899.45 | $ 1,806,882.32 | $ 186,151.54 |

4)  This case was originally filed under chapter 7 on  07/27/2012 .  The case was pending for 52 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/11/2016                          By:/s/GINA B. KROL

                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2003 GMC Savanna Cargo Van | 1129-000 | 2,250.00 |
| 2003 GMC Denali | 1129-000 | 4,000.00 |
| 2006 Lexus ES-330 | 1129-000 | 10,500.00 |
| REFUND | 1229-000 | 119.13 |
| Insuance Refund | 1229-000 | 12,398.00 |
| PREFERENCE | 1241-000 | 3,300.00 |
| Preferences and Fraudulent Conveyances | 1241-000 | 153,584.41 |
| Non-Estate Receipts | 1280-000 | 0.00 |
| **TOTAL GROSS RECEIPTS** | | **$186,151.54** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | STC Capital Bank | | | | | |
| | 460 South 1st Street | | | | | |
| | St. Charles, IL 60174 | | 545,000.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 545,000.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 12,557.58 | 12,557.58 | 12,557.58 |
| GINA B. KROL | 2200-000 | NA | 22.31 | 22.31 | 22.31 |
| ADAMS-LEVINE | 2300-000 | NA | 103.07 | 103.07 | 103.07 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 63.99 | 63.99 | 63.99 |
| ASSOCIATED BANK | 2600-000 | NA | 4,200.29 | 4,200.29 | 4,200.29 |
| CLERK OF THE US BANKRUPTCY COURT | 2700-000 | NA | 4,143.00 | 4,143.00 | 4,143.00 |
| COHEN & KROL | 3110-000 | NA | 28,442.64 | 28,442.64 | 28,442.64 |
| GINA KROL | 3110-000 | NA | 14,221.11 | 14,221.11 | 14,221.11 |
| COHEN & KROL | 3120-000 | NA | 921.98 | 921.98 | 921.98 |
| AMERICAN AUCTION ASSOCIATES, INC. | 3620-000 | NA | 570.44 | 570.44 | 570.44 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 65,246.41 | $ 65,246.41 | $ 65,246.41 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Arlene Canaban 2611 Rockport Lane #101 Naperville, IL  60564 | | 2,600.00 | NA | NA | 0.00 |
| | Beth Esposito 3932 Highland Avenue Downers Grove, IL  60515 | | 2,600.00 | NA | NA | 0.00 |
| | Bob Juerjens 13408 Honeytree Lane Pineville, NC   28134 | | 1,873.53 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Brian & Lisa Steele 7610 Crosswinds Court Lakeville, MN  55044 | | 2,600.00 | NA | NA | 0.00 |
| | Brian Holzkamp 1377 Grayshire Elgin, IL  60120 | | 860.00 | NA | NA | 0.00 |
| | Carol Seydel 24463 Tufton Street Plainfield, IL  60585 | | 276.31 | NA | NA | 0.00 |
| | Craig & Judy Morgenroth 2904 Turnberry Road St Chalres, IL  60174 | | 2,600.00 | NA | NA | 0.00 |
| | Cythia Schrader 4801 Bonita Bay Blvd, #2002 Bonita Springs, FL  34134 | | 2,600.00 | NA | NA | 0.00 |
| | Dan Coleman 29 Lemoyne Parkway Oak Park, IL  60302 | | 2,600.00 | NA | NA | 0.00 |
| | Dave & Kiya Beckett 457 Whittier Glen Ellyn, IL  60137 | | 1,606.61 | NA | NA | 0.00 |
| | Dave Landry 0S 118 Bealer Circle Geneva, IL  60134 | | 2,600.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Debbie Zanol<br>302 Maves<br>Batavia, IL 60510 | | 0.00 | NA | NA | 0.00 |
| | Domingo Padilla<br>11 S 544 Webster<br>Naperville, IL  60564 | | 2,600.00 | NA | NA | 0.00 |
| | Don & Breda Cheng<br>1063 Atlantic Av #B<br>Hoffman Estates, IL  60169 | | 2,600.00 | NA | NA | 0.00 |
| | Ed Corcoran<br>127 Eastern<br>Clarendon Hills, IL  60514 | | 2,600.00 | NA | NA | 0.00 |
| | Elsbeth Sherrin<br>43 East Point Drive<br>Galena, IL 61036 | | 2,600.00 | NA | NA | 0.00 |
| | Gary & Fiona Muehfelt<br>0N679 Woodlawn Street<br>Wheaton, IL  60187 | | 198.00 | NA | NA | 0.00 |
| | Gloria McDonald<br>902 Center Street<br>Geneva, IL 60134 | | 2,600.00 | NA | NA | 0.00 |
| | Helen & Raymond Kasper<br>42 Ridgewood Road<br>Glastonbury, CT  06033 | | 2,600.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jessica Jozwiak<br>813 Huntleigh Drive<br>Naperville, IL  60540 | | 288.50 | NA | NA | 0.00 |
| | Jody Taylor<br>1452 Gleenlake Drive<br>Aurora, IL  60502 | | 2,600.00 | NA | NA | 0.00 |
| | John Proce<br>1126 Curtiss Street<br>Downers Grove, IL  60515 | | 0.00 | NA | NA | 0.00 |
| | Jon Klank<br>1 S 361 Cantigny<br>Winfield, IL  60190 | | 0.00 | NA | NA | 0.00 |
| | Judy & Glen Louthan<br>212 Bridle Path<br>Oak Brook, IL  60523 | | 2,600.00 | NA | NA | 0.00 |
| | Kelly & Scott Billington<br>1033 Royal Bombay Court<br>Naperville, IL  60563 | | 871.94 | NA | NA | 0.00 |
| | Lou Kocsis<br>55 W. Deleware Pl<br>Unit 620<br>Chicago, IL  60610 | | 2,600.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mark White<br>632 Newberry<br>LaGrange Park, IL  60526 | | 2,600.00 | NA | NA | 0.00 |
| | Martin Lovgrem<br>278 Pickett Court<br>Bartlett, IL  60103 | | 160.00 | NA | NA | 0.00 |
| | Mary Weisebnorn<br>231 Fox Run<br>Wheaton, IL  60189 | | 2,600.00 | NA | NA | 0.00 |
| | Mike & Heather Espe<br>44W470 Rowe Road<br>Elburn, IL  60119 | | 2,600.00 | NA | NA | 0.00 |
| | Mr. & Mrs. Berg<br>0N372 Farwell Street<br>Wheaton, IL  60187 | | 2,500.00 | NA | NA | 0.00 |
| | Mr. & Mrs. Thowfeek<br>479 Foxborough Trail<br>Bolingbrook, IL  60440 | | 2,600.00 | NA | NA | 0.00 |
| | Mr. & Mrs. Zeng<br>5318 Meadowbrook Dr<br>Plainfield, IL  60585 | | 496.88 | NA | NA | 0.00 |
| | Nicholas & Christine Lauria<br>1 Point Circle<br>Jackson, NJ  08527 | | 858.61 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pat Smith 421 Chickory Lane Buffalo Grove, IL 60089 | | 2,600.00 | NA | NA | 0.00 |
| | Patricia Spencer 839 Chancellor Court Naperville, IL 60540 | | 2,600.00 | NA | NA | 0.00 |
| | Paul & Debbie Batzel 911 River Oak Drive Naperville, IL 60565 | | 2,600.00 | NA | NA | 0.00 |
| | Paul Barr 815 Fremont Street Morris, IL 60450 | | 2,600.00 | NA | NA | 0.00 |
| | Paul Lukasiewicz 0N471 Prescott Drive Winfield, IL 60190 | | 2,600.00 | NA | NA | 0.00 |
| | Phil Geritano 81 Lexington South Elgin, IL 60177 | | 1,272.00 | NA | NA | 0.00 |
| | Ralph Lopez 11059 Allenhurst Blvd E Cincinnati, OH 45241 | | 2,600.00 | NA | NA | 0.00 |
| | Rob Rutkowksi 2519 Pine Cone Court Naperville, IL 60564 | | 698.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ron & Leslie Johnson 2151 Countryside Circle Naperville, IL  60565 | | 2,600.00 | NA | NA | 0.00 |
| | Steve & Monique Maas 4617 Grove Avenue #15 Brookfield, IL  60513 | | 2,600.00 | NA | NA | 0.00 |
| | Steve Cabral 243 N 4th Street Aurora, IL  60505 | | 256.00 | NA | NA | 0.00 |
| | Steven Downs 221 S Hunter Joliet, IL 60436 | | 0.00 | NA | NA | 0.00 |
| | Sue & Tom Buron 308 E. Bauer Road Naperville, IL  60563 | | 2,600.00 | NA | NA | 0.00 |
| | Susan & Robert Jelinek 1543 Kirkwood Drive Geneva, IL  60134 | | 0.00 | NA | NA | 0.00 |
| | Susan Sachitti 1330 Umbdenstock Road Elgin, IL  60123 | | 2,600.00 | NA | NA | 0.00 |
| | Thomas & Jill Dickens 1252 Willowgate lane St. Charles, IL  60174 | | 2,600.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Tim Werner 1891 Snead Street Bolingbrook, IL 60490 | | 1,600.00 | NA | NA | 0.00 |
| 000009 | BRUCE AND SUSAN MEYER | 5300-000 | NA | 9,675.00 | 0.00 | 0.00 |
| 000011 | CATHERINE PETRISKEY | 5400-000 | 2,098.40 | 4,843.25 | 2,073.89 | 2,073.89 |
| 000015 | DEBORAH DAVIS | 5400-000 | 3,048.32 | 2,771.20 | 0.00 | 0.00 |
| 000013 | DIANA BAUM | 5400-000 | 742.00 | 601.02 | 0.00 | 0.00 |
| 000018 | JOHN REDING | 5400-000 | 5,800.00 | 5,670.68 | 0.00 | 0.00 |
| 000014 | STEVEN B. BLAIR | 5400-000 | 2,067.51 | 1,760.00 | 0.00 | 0.00 |
| 000012A | UNITED STATES DEPARTMENT OF LABOR | 5400-000 | NA | 12,219.67 | 0.00 | 0.00 |
| 000020 | DEPARTMENT OF TREASURY-INTERNAL REV | 5800-000 | NA | 0.00 | 0.00 | 0.00 |
| 000021A | ILLINOIS DEPARTMENT OF | 5800-000 | NA | 92.41 | 92.41 | 52.41 |
| 000005A | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | 240,000.00 | 209,447.33 | 209,447.33 | 118,778.83 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 348,172.61 | $ 247,080.56 | $ 211,613.63 | $ 120,905.13 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADP<br>100 Northwest Point Blvd<br>Elk Grove Village, IL 60007 | | 735.00 | NA | NA | 0.00 |
| | AFLAC<br>1932 Wynnton Road<br>Columbus, GA  31999-001 | | 722.79 | NA | NA | 0.00 |
| | ASKO Appliances, Inc.<br>P.O. Box 940609<br>Plano, TX  75094-0609 | | 10,236.00 | NA | NA | 0.00 |
| | AT&T Mobility<br>P.O. Box 6463<br>Carol Stream, IL  60197 | | 706.98 | NA | NA | 0.00 |
| | Air Rite Heating & Cooling<br>17935 Chappel Avenue<br>Lansing, IL  60438 | | 469.00 | NA | NA | 0.00 |
| | Alarm Detection Services<br>1111 Church Road<br>Aurora, IL  60505 | | 460.34 | NA | NA | 0.00 |
| | American Express<br>P.O. Box 0001<br>Los Angeles, CA  90096 | | 156.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Automatic Applianace Parts<br>7577 W Lawrence Avenue<br>Harwood Heights, IL  60706 | | 12.00 | NA | NA | 0.00 |
| | BMO Harris Bank<br>111 W. Mornoe Street<br>P.O. Box 755<br>Chicago, IL  60690 | | 29,551.85 | NA | NA | 0.00 |
| | BP<br>P.O. Box 70887<br>Charlotte, NC  28272 | | 0.00 | NA | NA | 0.00 |
| | Broan-Nutone, LLC<br>926 W. State Street<br>Hartford, WI  53027 | | 2,359.60 | NA | NA | 0.00 |
| | Bruce & Susan Meyer<br>75 N. Ela Road<br>Palatine, IL  60067 | | 7,450.00 | NA | NA | 0.00 |
| | Cintas Corporation<br>P.O. Box 7759<br>Romeoville, IL  60446 | | 2,000.00 | NA | NA | 0.00 |
| | Citi Business Advantage Card<br>P.O. Box 6013<br>Des Moines, IA  50363 | | 80,301.75 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Naperville<br>Financial Dept<br>400 S Eeagle Street<br>Naperville, IL  60540 | | 3,491.33 | NA | NA | 0.00 |
| | Classic Graphic Industries<br>519 W. Wrightwood<br>Elmhurst, IL  60126 | | 1,026.55 | NA | NA | 0.00 |
| | Comcast<br>155 Industrial Drive<br>Elmhurst, IL  60126 | | 161.95 | NA | NA | 0.00 |
| | Custom Appliance<br>300 W. North Avenue<br>Lombard, IL  60148 | | 173.00 | NA | NA | 0.00 |
| | Dacor<br>14425 Clark Avenue<br>Hacienda Heights, CA  91745 | | 2,146.00 | NA | NA | 0.00 |
| | Dearborn National Insurance<br>36788 Eagle Way<br>Chicago, IL  60678 | | 0.00 | NA | NA | 0.00 |
| | DuPage Industries<br>381 Deinoris Drive<br>Winfield, IL  60190 | | 246.82 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Exxon/Mobil P.O. Box 688938 Des Moines, IA  50368 | | 1,343.99 | NA | NA | 0.00 |
| | Fair Oaks Insurance 128 Ridge Avenue Bloomingdale, IL  60108 | | 0.00 | NA | NA | 0.00 |
| | FedEx P.O. Box 94515 Palatine, IL  60094 | | 200.00 | NA | NA | 0.00 |
| | GE Commercial Distribution Finance 5595 Trillium Blvd Hoffman Estate, IL  60192 | | 75,000.00 | NA | NA | 0.00 |
| | GECAF ABD/GEMB P.O. Box 8726 Dayton, OH  45401 | | 20,508.13 | NA | NA | 0.00 |
| | Ge Capital P.O. Box 740023 Atlanta, GA  30374 | | 676.00 | NA | NA | 0.00 |
| | Grange Mutual Casualty Insurance P.O. Box 1218 Columbus, OH  43216 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Greenwood lawn Service<br>10064 Clow Creek Drive<br>Plainfield, IL  60585 | | 1,654.00 | NA | NA | 0.00 |
| | Home Depot Credit Services<br>P.O. Box 183175<br>Columbus, OH  43218 | | 1,178.39 | NA | NA | 0.00 |
| | Humana Insurance<br>P.O. Box 533<br>Carol Stream, IL  60132 | | 4,909.19 | NA | NA | 0.00 |
| | ITASCA Bank & Trust<br>308 W. Irving Park Road<br>Itasca, IL  60143 | | 7,000.00 | NA | NA | 0.00 |
| | Ice Mountain Direct<br>6661 Dixie Hwy<br>Louisville, KY  40258 | | 261.63 | NA | NA | 0.00 |
| | JH Fagan Company<br>P.O. Box 1650<br>Milwaukee, WI  53201 | | 5,500.50 | NA | NA | 0.00 |
| | JOhn E. Campbell & Assoc<br>1801 N. Mill Street<br>Suite H<br>Naperville, IL  60563 | | 48,806.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | John Proce<br>1126 Curtis Street<br>Downers Grove, IL  60515 | | 1,290,155.00 | NA | NA | 0.00 |
| | Konica Minolta Business<br>Solution 961<br>100 Williams Drive<br>Ramsey, NJ  07446 | | 969.00 | NA | NA | 0.00 |
| | Konica Minolta Finance<br>P.O. Box 740423<br>Atlanta, GA  30374 | | 677.00 | NA | NA | 0.00 |
| | Lynx Grills Inc.<br>5895 Rickenbacker Road<br>Los Angeles, CA  90040 | | 6,500.00 | NA | NA | 0.00 |
| | Menards<br>P.O. Box 49353<br>San Jose, CA  95161 | | 208.19 | NA | NA | 0.00 |
| | Micholas J Proce<br>5625 Virginia Avenue<br>Clarendon Hills, IL  60514 | | 2,373,488.00 | NA | NA | 0.00 |
| | Miele Inc.<br>9 Independence Way<br>Princeton, NJ  08540 | | 2,119.98 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Miramed Revenue Group<br>Dept 77304<br>P.O. Box 77000<br>Detroit, MI  48277 | | 2,119.98 | NA | NA | 0.00 |
| | Moneris Solutions<br>P.O. Box 59390<br>Schaumburg, IL  60159 | | 140,524.59 | NA | NA | 0.00 |
| | NTB/Tire Kingdom<br>P.O. Box 406010<br>Atlanta, GA  30384 | | 46.53 | NA | NA | 0.00 |
| | Nation Life Group<br>19 S LaSalle Street<br>Ste 1300<br>Chesterfield, MO  63006 | | 0.00 | NA | NA | 0.00 |
| | O'Rourke Sales company<br>3885 Elmore Avenue<br>Suite 100<br>Davenport, IA 52807 | | 4,897.00 | NA | NA | 0.00 |
| | One II One Group<br>15774 S LaGrnage Road<br>#115<br>Orland Park, IL  60462 | | 4,655.00 | NA | NA | 0.00 |
| | Platinum Mechanical Services<br>9113 W. Ashland Avenue<br>Franklin Park, IL  60131 | | 602.31 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Saas Lighting Experts<br>P.O. Box 454<br>Wood Dale, IL  60191 | | 1,622.00 | NA | NA | 0.00 |
| | Sams Club FECRB<br>P.O. Box 530942<br>Atlanta, GA  30353 | | 4.00 | NA | NA | 0.00 |
| | Scott Proce<br>361 Essex Avenue<br>Oswego, IL  60543 | | 126,377.00 | NA | NA | 0.00 |
| | Sears & Anderson<br>245 Eric Drive<br>Palatine, IL  60067 | | 251.47 | NA | NA | 0.00 |
| | Soltys Construction<br>4139 N. Oleander<br>Norridge, IL  60706 | | 12,500.00 | NA | NA | 0.00 |
| | Somercor 504 Inc.<br>601 S LaSalle Street<br>Ste 510<br>Chicago, IL  60605 | | 567,124.00 | NA | NA | 0.00 |
| | Sound Inc.<br>1550 Shore Road<br>Naperville, IL  60563 | | 263.24 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Speedway LLC<br>P.O. Box 740587<br>Cincinnati, OH  45274 | | 2,629.19 | NA | NA | 0.00 |
| | Staples<br>P.O. Box 83689<br>Chicago, IL  60696 | | 160.86 | NA | NA | 0.00 |
| | Sub Zero Wolf Midwest LLC<br>196 Exchange Blvd<br>Glendale Heights, IL  60139 | | 4,000.00 | NA | NA | 0.00 |
| | The Pension Specialist<br>10501 N 2nd Street<br>Machesney Park, IL  61115 | | 478.00 | NA | NA | 0.00 |
| | Tribune Media Group<br>14839 Collections Center Drive<br>Chicago, IL  60693 | | 5,580.00 | NA | NA | 0.00 |
| | U Line<br>2200 S Lakeside Drive<br>Waukegan, IL  60085 | | 89.00 | NA | NA | 0.00 |
| | UPS<br>55 Glenlake Parkway, NE<br>Atlanta, GA  30328 | | 200.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | VIM Recyclers P.O. Box 755 Glen Ellyn, IL  60138 |  | 657.00 | NA | NA | 0.00 |
|  | XO Communications 13865 Sunrise Valley Drive Herndon, VA  20171 |  | 1,390.00 | NA | NA | 0.00 |
| 000004 | ENTERPRISE LIFT TRUCK SERVICE | 7100-000 | 233.37 | 233.37 | 233.37 | 0.00 |
| 000001 | GE CAPITAL | 7100-000 | NA | 15,958.38 | 15,958.38 | 0.00 |
| 000010 | GENERAL ELECTRIC COMPANY | 7100-000 | 236,119.00 | 268,509.57 | 268,509.57 | 0.00 |
| 000006 | GROOT INDUSTRIES | 7100-000 | 700.00 | 878.07 | 878.07 | 0.00 |
| 000005 | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 27,995.72 | 27,995.72 | 0.00 |
| 000007 | NICOR GAS | 7100-000 | 160.81 | 242.76 | 242.76 | 0.00 |
| 000002 | PENSKE TRUCK LEASING CO. L.P. | 7100-000 | 12,000.00 | 2,587.49 | 2,587.49 | 0.00 |
| 000003 | PITNEY BOWES GLOBAL FINANCIAL SERVI | 7100-000 | 338.37 | 4,131.21 | 4,131.21 | 0.00 |
| 000017 | STC CAPITAL BANK | 7100-000 | NA | 1,687,946.73 | 502,906.10 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000008 | U S SMALL BUSINESS ADMINISTRATION | 7100-000 | NA | 558,899.48 | 558,899.48 | 0.00 |
| 000012 | UNITED STATES DEPARTMENT OF LABOR | 7100-000 | NA | 19,639.37 | 19,639.37 | 0.00 |
| 000016 | WHIRLPOOL CORPORATION | 7100-000 | 118,000.00 | 127,990.76 | 127,990.76 | 0.00 |
| 000019 | GENERAL ELECTRIC COMPANY | 7200-000 | NA | 268,509.57 | 0.00 | 0.00 |
| 000021 | ILLINOIS DEPARTMENT OF | 7200-000 | NA | 50.00 | 50.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 5,227,284.68 | $ 2,983,572.48 | $ 1,530,022.28 | $ 0.00 |

FORM

Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 12-29738   DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | CONTRACTOR SERVICE & SUPPLY, INC. | Date Filed (f) or Converted (c): | 07/27/12 (f) |
| | | 341(a) Meeting Date: | 10/16/12 |
| For Period Ending: | 11/11/16 | Claims Bar Date: | 01/18/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. STC Captial Bank-Checking Account #676 | 9,588.67 | 0.00 | | 0.00 | FA |
| 2. STC Capital Bank Checking Account #680 | 75,721.88 | 0.00 | | 0.00 | FA |
| 3. BMO/Harris Bank Checking Account #601 | 12,585.92 | 0.00 | | 0.00 | FA |
| 4. ACCOUNTS RECEIVABLE | 63,663.00 | 0.00 | | 0.00 | FA |
| 5. 2003 GMC Savanna Cargo Van | 1,000.00 | 2,250.00 | | 2,250.00 | FA |
| 6. 2003 GMC Denali | 3,500.00 | 4,000.00 | | 4,000.00 | FA |
| 7. 2006 Lexus ES-330 | 10,000.00 | 10,500.00 | | 10,500.00 | FA |
| 8. OFFICE EQUIPMENT | 2,000.00 | 0.00 | | 0.00 | FA |
| 9. MACHINERY AND SUPPLIES | 5,000.00 | 0.00 | | 0.00 | FA |
| 10. INVENTORY Sch B -30 Addendum | 484,418.00 | 0.00 | | 0.00 | FA |
| 11. REFUND (u) | 119.13 | 119.13 | | 119.13 | FA |
| 12. Insuance Refund (u) | 0.00 | 12,398.00 | | 12,398.00 | FA |
| 13. PREFERENCE (u) | 0.00 | 3,300.00 | | 3,300.00 | FA |
| 14. Preferences and Fraudulent Conveyances (u) | Unknown | 1.00 | | 153,584.41 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $667,596.60 | $32,568.13 | | $186,151.54 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Final disbursements made on 9/30/16; awaiting clearance of checks; TDR to follow

October 11, 2016, 12:28 pm

Final hearing set for 9/30/16

FORM
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-29738   DRC   Judge: Donald R. Cassling | |
| Case Name: | CONTRACTOR SERVICE & SUPPLY, INC. | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Date Filed (f) or Converted (c): | 07/27/12 (f) |
| 341(a) Meeting Date: | 10/16/12 |
| Claims Bar Date: | 01/18/13 |

Trustee send TFR to US Tee for review August 05, 2016, 08:58 am

All adversary proceedings have been resolved. Trustee to prepare TFR.

January 12, 2016, 10:39 am

Trustee has one preference adversary pending. Waiting for resolution

October 07, 2015, 04:06 pm

Litigation on preference and fraudulent conveyances continues

October 16, 2014, 11:17 am

Trustee is investigating preferences and fraudulent conveyance actions

October 17, 2013, 02:20 pm

Initial Projected Date of Final Report (TFR): 12/21/13        Current Projected Date of Final Report (TFR): 03/31/16

/s/     GINA B. KROL

_____   Date: 11/11/16

GINA B. KROL

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 12-29738 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | CONTRACTOR SERVICE & SUPPLY, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0642  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3238 | | |
| For Period Ending: | 11/11/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/10/12 | 5, 7 | American Auction Associates, Inc. | | 1129-000 | 12,750.00 | | 12,750.00 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 5.76 | 12,744.24 |
| 01/28/13 | 030001 | American Auction Associates, Inc. | Auctioneer Expenses per Court Order | 3620-000 | | 570.44 | 12,173.80 |
| | | 8515 S. Thomas Ave. | | | | | |
| | | Bridgeview, IL 60455 | | | | | |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.94 | 12,154.86 |
| 02/13/13 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 10.50 | 12,144.36 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.32 | 12,128.04 |
| 03/21/13 | 6 | Grand Appliance and TV | Sale of Vehicle | 1129-000 | 4,000.00 | | 16,128.04 |
| | | 3300 16th Street | | | | | |
| | | Zion, IL 60099 | | | | | |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.14 | 16,107.90 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.17 | 16,084.73 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.91 | 16,060.82 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.11 | 16,037.71 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.84 | 16,013.87 |
| 09/03/13 | 11 | Federal Warranty Service Corp. | Refund | 1229-000 | 119.13 | | 16,133.00 |
| | | 260 Interstate North Circle SE | Account Receivable due Debtor | | | | |
| | | Atlanta, Georgia 30339 | | | | | |
| 09/03/13 | 12 | Grange Insurance Company | Refund | 1229-000 | 12,398.00 | | 28,531.00 |
| | | PO Box 1218 | | | | | |
| | | Columbus, OH  43216 | | | | | |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.81 | 28,507.19 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.81 | 28,467.38 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.32 | 28,425.06 |

Page Subtotals    29,267.13    842.07

Ver: 19.06b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 26)*

FORM 2
Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-29738 -DRC | |
| Case Name: | CONTRACTOR SERVICE & SUPPLY, INC. | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0642  Checking Account (Non-Interest Earn |

| | |
|---|---|
| Taxpayer ID No: | *******3238 |
| For Period Ending: | 11/11/16 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.90 | 28,384.16 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.20 | 28,341.96 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.14 | 28,299.82 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 38.00 | 28,261.82 |
| 04/01/14 | 030003 | International Sureties Ltd. | BOND | 2300-000 | | 24.91 | 28,236.91 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.02 | 28,194.89 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.58 | 28,154.31 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.86 | 28,112.45 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.45 | 28,072.00 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.74 | 28,030.26 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 41.67 | 27,988.59 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.27 | 27,948.32 |
| 10/09/14 | 13 | Penske Truck Leasing Co. | Settlement Proceeds | 1241-000 | 3,300.00 | | 31,248.32 |
| | | Route 10, Pheasant Rd. | | | | | |
| | | PO Box 1475 | | | | | |
| | | Reading, PA  19603 | | | | | |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.19 | 31,203.13 |
| 11/10/14 | 14 | O'Rourke Sales Company | Settlement | 1241-000 | 4,000.00 | | 35,203.13 |
| | | 3885 Elmore Ave. | | | | | |
| | | Suite 100 | | | | | |
| | | Davenport, IA 52807 | | | | | |
| 11/20/14 | 14 | Citibank NA | Settlement | 1241-000 | 5,000.00 | | 40,203.13 |
| | | PO Box 6500 | | | | | |
| | | Sioux Fals, SD  57117 | | | | | |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 51.56 | 40,151.57 |
| 01/08/15 | 14 | STC Capital Bank | Settlement | 1241-000 | 10,000.00 | | 50,151.57 |

|  | | |
|---|---|---|
| Page Subtotals | 22,300.00 | 573.49 |

Ver: 19.06b

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-29738 -DRC | |
| Case Name: | CONTRACTOR SERVICE & SUPPLY, INC. | |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0642  Checking Account (Non-Interest Earn |

Taxpayer ID No: *******3238
For Period Ending: 11/11/16

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.69 | 50,091.88 |
| 01/12/15 | | PNC Bank | Settlement | 1280-000 | 13,000.00 | | 63,091.88 |
| | | 2730 Liberty Ave. | | | | | |
| | | Pittsburgh, PA  15222 | | | | | |
| 01/27/15 | 030004 | The Estate of MCK Millenium | Deposited into incorrect account | 1280-000 | | 13,000.00 | 50,091.88 |
| | | Center Parking LLC | Check deposited into incorrect acount | | | | |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 80.46 | 50,011.42 |
| 02/10/15 | 030005 | Adams Levine Surety Bond Agency | BOND | 2300-000 | | 28.58 | 49,982.84 |
| | | 60 E. 42nd Street | BOND | | | | |
| | | Room 965 | | | | | |
| | | New York, NY  10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.14 | 49,915.70 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 74.21 | 49,841.49 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 71.71 | 49,769.78 |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 73.99 | 49,695.79 |
| 07/07/15 | 14 | DuPage County Treasurer | Preference Settlement | 1241-000 | 90,959.41 | | 140,655.20 |
| | | 421 N. County Farm Rd. | | | | | |
| | | Wheaton, IL 60187 | | | | | |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 71.49 | 140,583.71 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 182.80 | 140,400.91 |
| 08/31/15 | 14 | B.E. Meyer | Preference Settlement | 1241-000 | 500.00 | | 140,900.91 |
| | | 75 N. Ela Rd. Inverness | | | | | |
| | | Palatine, IL 60067 | | | | | |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 208.75 | 140,692.16 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 202.44 | 140,489.72 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 208.87 | 140,280.85 |
| 11/19/15 | 14 | General Electric Company | Settlement | 1241-000 | 43,125.00 | | 183,405.85 |
| | | GE Appliance | | | | | |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 226.64 | 183,179.21 |

Page Subtotals    147,584.41    14,556.77

Ver: 19.06b

FORM 2

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-29738 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | CONTRACTOR SERVICE & SUPPLY, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0642  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3238 | | |
| For Period Ending: | 11/11/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 272.32 | 182,906.89 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 271.95 | 182,634.94 |
| 02/18/16 | 030006 | ADAMS-LEVINE | Acct #10BSBGR6291 | | 2300-000 | | 103.07 | 182,531.87 |
| | | 370 Lexington Avenue | | | | | | |
| | | Suite 1101 | | | | | | |
| | | New York, NY  10017 | | | | | | |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 253.97 | 182,277.90 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 270.99 | 182,006.91 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 261.87 | 181,745.04 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 270.19 | 181,474.85 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | | 2600-000 | | 261.10 | 181,213.75 |
| 09/30/16 | 030007 | Gina B. Krol | Final Distribution | | | | 12,579.89 | 168,633.86 |
| | | 105 W. Madison St. | Trustee's Fees | | | | | |
| | | Suite 1100 | | | | | | |
| | | Chicago, IL 60602 | | | | | | |
| | | | Fees | 12,557.58 | 2100-000 | | | |
| | | | Expenses | 22.31 | 2200-000 | | | |
| 09/30/16 | 030008 | CLERK OF THE US BANKRUPTCY COURT | Final Distribution | | 2700-000 | | 4,143.00 | 164,490.86 |
| | | 219 S Dearborn | | | | | | |
| | | Chicago, IL  60604 | | | | | | |
| 09/30/16 | 030009 | Cohen & Krol | Final Distribution | | | | 29,364.62 | 135,126.24 |
| | | Attorneys for Trustee | | | | | | |
| | | 105 W. Madison Street | | | | | | |
| | | Suite 1100 | | | | | | |
| | | Chicago, IL  60602 | | | | | | |
| | | | Fees | 28,442.64 | 3110-000 | | | |
| | | | Expenses | 921.98 | 3120-000 | | | |
| 09/30/16 | 030010 | Gina Krol | Final Distribution | | 3110-000 | | 14,221.11 | 120,905.13 |
| | | 105 W. Madison Street | | | | | | |

| | | | | | Page Subtotals | 0.00 | 62,274.08 | |

Ver: 19.06b

FORM 2

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-29738 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | CONTRACTOR SERVICE & SUPPLY, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0642  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3238 | | |
| For Period Ending: | 11/11/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Suite 1100 | | | | | |
| | | Chicago, IL  60602 | | | | | |
| 09/30/16 | 030011 | CATHERINE PETRISKEY | Final Distribution | 5400-000 | | 2,073.89 | 118,831.24 |
| 09/30/16 | 030012 | Illinois Department of Revenue | Final Distribution | 5800-000 | | 118,778.83 | 52.41 |
| | | Bankruptcy Section | | | | | |
| | | P.O. Box 64338 | | | | | |
| | | Chicago, Illinois 60664-0338 | | | | | |
| 09/30/16 | 030013 | Illinois Department of | Final Distribution | 5800-000 | | 52.41 | 0.00 |
| | | Employment Security | | | | | |
| | | 33 S. State Street | | | | | |
| | | Bankruptcy Unit-10th Floor | | | | | |
| | | Chicago, IL 60603 | | | | | |

|  | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 199,151.54 | 199,151.54 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 199,151.54 | 199,151.54 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 199,151.54 | 199,151.54 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******0642 | 199,151.54 | 199,151.54 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 199,151.54 | 199,151.54 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          120,905.13

Ver: 19.06b